U.S.

v.

**Thomas E. BARKER**

**No. 17-0551/AF**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA 39086

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Derrick M. HACKER**

**No. 17-0457/AF**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA 38972

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Timothy LEWIS III**

**No. 17-0552/AR**

U.S. Court of Appeals for
the Armed Forces.

August 17, 2017

CCA 20150640

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Ryan A. HARDY**

**No. 17-0553/AF**

U.S. Court of Appeals for
the Armed Forces.

August 18, 2017

CCA 38937

DAILY JOURNAL

Petitions for Grant of Review Filed

